UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANATOLII BARANOVSKYI,

                      Plaintiff,          20 Civ. 1089 (PAE)

-v-

                                   ORDER

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
AMERICAN EXPRESS CO., and
TOYOTA MOTOR CREDIT CORP.,

                      Defendant.

PAUL A. ENGELMAYER, District Judge:

      The Court having been advised by the plaintiff that all claims asserted against defendant Equifax Information Services, LLC have been settled in principle, Dkt. 11, it is hereby ORDERED that defendant Equifax Information Services, LLC is dismissed, without prejudice to the right to reinstate the defendant within thirty days of the date of this Order if the settlement is not consummated.

      To be clear, any application to reinstate defendant Equifax Information Services, LLC must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

The Clerk of Court is respectfully directed to terminate Equifax Information Services, LLC as a defendant in this matter.  This case remains open as to the other defendants, and all other deadlines remain in place.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 21, 2020
       New York, New York