UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANATOLII BARANOVSKYI,

                Plaintiff,

- against -

EQUIFAX INFORMATION SERVICES, LLC et al.,

                Defendants.

**ORDER**

20 Civ. 1089 (ER)

---

RAMOS, D.J.:

      Plaintiff filed the complaint in this action on February 7, 2020. Doc. 1. On May 7, 2020, Judge Engelmayer, who was previously assigned this case, entered a stipulation between Plaintiff and Defendant American Express National Bank ("American Express") to stay this matter as between those two parties pending the completion of arbitration. Doc. 14. All other Defendants have since been voluntarily dismissed from this suit. Docs. 19, 29, and 32. On October 2, 2020, this case was reassigned to this Court. On October 30, 2020, the Court scheduled an initial conference on November 20, 2020 for Plaintiff and American Express. Doc. 33.

      Because the proceeding is stayed as to the two remaining parties, the Clerk of Court is respectfully directed to STAY the case. Accordingly, the November 20, 2020 conference is

adjourned.  Plaintiff and American Express are directed to submit a joint status report within 48 hours of the completion of arbitration.

    SO ORDERED.

Dated:   November 12, 2020
          New York, New York

                                                     Edgardo Ramos, U.S.D.J.